IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENN HILLS SCHOOL DISTRICT:

    Plaintiff,

v.   Civil Action No. 2:21-cv-363

S.B., a minor, and his parent, D.T.,

    Defendants.

## NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE

TO:   CLERK OF COURT

KINDLY enter my appearance as counsel on behalf of Plaintiff, the Penn Hill School District in the above referenced matter and withdraw the appearance of Aimee R. Zundel, Esquire as she is no longer associated with our firm.

Respectfully submitted,

By: *Annemarie L. Harr*
Annemarie Harr, Esquire
Pa. I.D. #320764

**WEISS BURKARDT KRAMER LLC**
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA 15219
412-391-9890
aharr@wbklegal.com